1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JORGE CASTRO-CAMARGO

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,        )  NO. 2:11-cr-00222-KJM
11                                    )
                    Plaintiff,        )
12                                    )    **STIPULATION AND ORDER;**
         v.                           )  **CONTINUING STATUS CONFERENCE**
13                                    )     **AND EXCLUDING TIME**
    JORGE CASTRO-CAMARGO,             )
14                                    )  Date:  August 11, 2011
                    Defendant.        )  Time:  10:00 a.m.
15  _____  )  Judge: Hon. Kimberly J. Mueller

16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
    their respective counsel, MICHELE BECKWITH, Assistant United States
18
    Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JORGE
19
    CASTRO-CAMARGO, that the status conference hearing date of August 11,
20
    2011 be vacated, and the matter be advanced for status conference on
21
    August 4, 2011 at 10:00 a.m.
22
         Counsel for defendant will be out of the jurisdiction on the
23
    originally scheduled hearing date of August 11, 2011. Since the parties
24
    have the necessary information to proceed with a change of plea, there
25
    is no reason to delay the case any longer than necessary.
26
         On May 13, 2011, the United States Magistrate court, at the
27
    request of the parties, excluded time under the Speedy Trial Act
28

1   pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[to give defense

2   counsel reasonable time to prepare] and Local Code T4 [for continuity

3   of counsel and defense preparation]. The parties agree that such time

4   exclusion shall continue up to and through August 4, 2011, and that the

5   ends of justice served by granting a continuance outweigh the interests

6   of the public and the defendants in a speedy trial.

7

    DATED:   July 28, 2011.                    Respectfully submitted,

8
                                               DANIEL J. BRODERICK
9                                              Federal Public Defender

10

11                                             /s/ Caro Marks
                                               CARO MARKS
12                                             Designated Counsel for Service
                                               Attorney for Jorge Castro-Camargo
13

14  DATED:   July 28, 2011.                    BENJAMIN WAGNER
                                               United States Attorney
15

16
                                               /s/ Caro Marks for
17                                             MICHELE BECKWITH
                                               Assistant U.S. Attorney
18                                             Attorney for Plaintiff

19

20

21                              ORDER

22     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

23  ordered that the August 11, 2011,  status conference hearing is

24  advanced to August 4, 2011, at 10:00 a.m.  Based on the representation

25  of defense counsel and good cause appearing there from, the Court

26  hereby finds that the failure to grant a continuance in this case would

27  deny defense counsel reasonable time necessary for effective

28  preparation, taking into account the exercise of due diligence.  The

                                    2

1   Court finds that the ends of justice to be served by granting a

2   continuance outweigh the best interests of the public and the defendant

3   in a speedy trial.  It is ordered that time up to and including the

4   August 4, 2011 status conference shall be excluded from computation of

5   time within which the trial of this matter must be commenced under the

6   Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

7   Local Code T-4, to allow defense counsel reasonable time to prepare.

8   Dated:  July 28, 2011.

9

10  _____
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3